No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

---

## MARTIN v. THE STATE.
(Decided May 11, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No error in the record. Affirmed.

---

## MAYFIELD v. SMOTHERS.
(Decided April 22, 1915.)

APPEAL from Fayette Circuit Court.

Heard before Hon. BERNARD HARWOOD.

RAY & COONER, for appellant. MCNIEL & MONROE, for appellee.

---

## MOTHERSHED v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Abated by death of appellant.

---

## PITTMAN, ET AL. v. THE STATE.
(Decided April 8, 1915.)

APPEAL from Washington County Court.

Heard before Hon. D. J. LONG.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.